UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adrienne Rockenhaus,

                Plaintiff(s),

v.                                           Case No. 2:25−cv−12736−LJM−KGA
                                                  Hon. Laurie J. Michelson

Stylianos Agapiou, et al.,

                Defendant(s),

## SUMMONSES PROVIDED TO PLAINTIFF(S) FOR SERVICE

To: Adrienne Rockenhaus

Summonses are enclosed for you to serve upon the defendant(s) along with a copy of the complaint. You may refer to Rule 4 of the Federal Rules of Civil Procedure for guidance.

The case number and Judge's name must be affixed to all future papers in order for them to be accepted for filing. It is also required that any documents that you file be submitted in duplicate.

If you do not have our Local Rules, they are online at http://www.mied.uscourts.gov under the Representing Yourself section.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Tracy A Thompson
                                                      Deputy Clerk

Dated: September 4, 2025