UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adrienne Rockenhaus

          Plaintiff(s),          Case No. 2:25-cv-12736

v.          Honorable Laurie J. Michelson

Stylianos Agapiou, et al          Magistrate Judge Kimberly G. Altman

          Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

     A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: September 8, 2025          s/Laurie J. Michelson
                                                                                        Laurie J. Michelson
                                                                                       U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Linda V. Parker.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

     I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: 9/8/2025          s/ S Schoenherr
                                                                         Deputy Clerk

Case 2:25-cv-12736-LVP-KGA ECF No. 8, PageID.26 Filed 09/09/25 Page 1 of 1
MIE (Rev. 09/17) Order of Recusal and Reassignment of District Judge