AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-12736-LJM-KGA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **JEFFRY W. KONAL**
was recieved by me on **9/10/2025:**

[X]  I personally served the summons on the individual at **231 W Lafayette Blvd, Room 201,  Detroit, MI 48226** on **09/10/2025 at 11:42 AM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  09/10/2025

*Server's signature*

**Frederick Smith**
*Printed name and title*

**51285 Village Edge East
Apt. 201
Chesterfield, MI 48047**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint,  to JEFFRY W. KONAL with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 55-65 years of age and weighing 200-240 lbs with a goatee and glasses.**



Tracking #: **0185750652**

