UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adrienne Rockenhaus

    Plaintiff(s),

Case No. 2:25-cv-12736

v.

Judge District Judge Linda V. Parker

Agapiou et al.

    Defendant(s).

      /

### NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.2, I, Adrienne Rockenhaus, notify the Court that my address has changed as listed below:

**Old Address**

Street Address: 2468 Fernwood Ave
City, State, Zip Code: Ann Arbor, MI 48104
Phone Number: 7345856277

**New Address**

Street Address: 35560 Grand River Ave 244
City, State, Zip Code: Farmington Hills, MI 48335
Phone Number: 7345856277

Note: If you have more than one case, you must file a notice of change of address in each case.

Date: Sept 10, 2025

*a Rockenh* (signature)
Signature

Adrienne Rockenhaus
Printed Name

## CERTIFICATE OF SERVICE

I certify that on this date a copy of this notice was served on the following parties and/or counsel of record by first class U.S. mail.

1. Stylianos Agapiou U.S. Probation Office 200 E. Liberty Street, Room 201, Ann Arbor, MI 48104. 2 Jeffry W. Konal U.S. Probation Office 231 W. Lafayette Blvd, Detroit, MI 48226

3. Dion Thomas U.S. Probation Office 231 W. Lafayette Blvd, Detroit, MI 48226 4. Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, NW, Washington, DC 20530

United States Attorney's Office for the Eastern District of Michigan 211 W. Fort Street, Suite 2001, Detroit, MI 48226

Date: Sept 10, 2025

Signature

Adrienne Rockenhaus
Printed Name