AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-12736-LJM-KGA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **United States Attorney's Office for the Eastern District of Michigan Attn: U.S. Attorney Dawn N. Ison**
was recieved by me on  **9/09/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Sarah Verdum legal administration specialist**, who is designated by law to accept service of process on behalf of **United States Attorney's Office for the Eastern District of Michigan Attn: U.S. Attorney Dawn N. Ison** at **211 W Fort St Ste 2001, Detroit, MI 48226** on **09/10/2025 at 10:49 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  9-11-25

*Server's signature*

**Frederick Smith**
*Printed name and title*

**51285 Village Edge East
Apt. 201
Chesterfield, MI 48047**
 4200 pardee dearborn heights mi, 4812
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint,  to Sarah Verdum legal administration specialist who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 5'6"-5'8" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0185740353**

