AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-12736-LJM-KGA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Stylianos Agapiou**
was recieved by me on  **9/12/2025:**

☒  I personally served the summons on the individual at **13701 Middlebelt Rd, Livonia, MI** on **09/12/2025 at 11:58 AM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 800.00** for services, for a total of **$ 800.00**.

I declare under penalty of perjury that this information is true.

Date:   09/12/2025

*Server's signature*

**Frederick Smith**
*Printed name and title*

**51285 Village Edge East
Apt. 201
Chesterfield, MI 48047**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Stylianos Agapiou with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 5'8"-5'10" tall and weighing 160-180 lbs with glasses, a goatee, a mustache and a beard.**




Tracking #: **0186106144**