UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIENNE ROCKENHAUS,

    Plaintiff,

v.

STYLIANOS AGAPIOU, United
States Probation Officer; JEFFRY
KONAL, Supervising United States
Probation Officer; DION THOMAS,
Deputy Chief United States Probation
Officer, JOHN DOE,

    Defendants.

Civil No. 25-12736

Honorable Linda V. Parker
Magistrate Judge Kimberly G. Altman

## NOTICE OF RELATED CASE

The U.S. Attorney's Office notifies the Court that this case is related to an earlier-filed civil case pending before U.S. District Judge Nancy G. Edmunds: *Conrad Rockenhaus v. Agapiou, Konal & Thomas*, No. 25-12716 (E.D. Mich.). The two civil cases are brought against the same defendants, are based on the same underlying incident, and involve overlapping claims. In addition, both civil cases relate to a criminal case pending before Chief U.S. District Judge Stephen J. Murphy, III: *United States v. Conrad Rockenhaus*, No. 23-20701 (E.D. Mich.). *See* E.D. Mich. 83.11(b)(7).

        Respectfully submitted,

        JEROME F. GORGON JR.
        UNITED STATES ATTORNEY

        */s/ Benjamin A. Anchill*
        BENJAMIN A. ANCHILL (P70968)
        Assistant United States Attorney
        211 W. Fort Street, Ste. 2001
        Detroit, Michigan 48226
        (313) 226-9566
        benjamin.anchill@usdoj.gov

Dated: October 20, 2025        *Attorney for the United States*

## Certification of Service

I certify that on October 20, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

In addition, I certify that Molly Anderson, Legal Assistant assigned to the Civil Defensive Litigation Unit of the United States Attorney's Office, sent the foregoing via U.S. mail on October 20, 2025, to the following:

Adrienne Rockenhaus
35560 Grand River Ave. 244
Farmington Hills, MI 48335

>                                   */s/ Benjamin A. Anchill*
>                                   BENJAMIN A. ANCHILL