UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CONRAD ROCKENHAUS,

    Plaintiff,

v.                                        Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,      Case No. 2:25-cv-12736

    Defendants.

## ORDER

This matter is before the Court on the motion of Interested Party United States Attorney's Office's Motion for a Stay of proceedings in light of the lapse of appropriations. (ECF No. 15.) Upon review of the motion and related filings, the motion (ECF No. 15) is granted. The United States Attorney's Office shall file a motion to lift the stay when funding is restored.

    IT IS SO ORDERED.

Dated: November 4, 2025                          /s/ Sally J. Berens
                                                             SALLY J. BERENS
                                                             U.S. Magistrate Judge