UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adrienne Rockenhaus

                        Plaintiff(s),

v.                                                  Case No. 2:25-cv-12736-JMB-SJB
                                                                   Hon. Jane M. Beckering

Stylianos Agapiou, et al

                        Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Sally J. Berens for all pretrial proceedings, including a hearing and determination of all non–dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). Please note: This case is referred nunc pro tunc as of November 4, 2025.

                                                    s/Jane M. Beckering
                                                    Jane M. Beckering
                                                    United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    s/V. Lung
                                                  Case Manager

Dated:   December 17, 2025