UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONRAD ROCKENHAUS,

    Plaintiff,

v.                                                    Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,           Case No. 2:25-cv-12716

    Defendants.

_____

ADRIENNE ROCKENHAUS,                 Hon. Jane M. Beckering

    Plaintiff,                                     Case No. 2:25-cv-12736

v.

STYLIANOS AGAPIOU, et al.,

    Defendants.

_____/

**ORDER**

    This matter is before the Court on the U.S. Attorney's Office's Motion to Vacate Stay, Consolidate, and Require Filing of Consolidated Complaint (ECF No. 20.) For the reasons articulated below, the motion (ECF No. 20) is **granted**.

    On November 12, 2025, funding was restored for the Department of Justice. As such, the stay of this matter is now lifted.

    Movant also requests consolidation of this case with Case No. 2:25-cv-12716, captioned *Conrad Rockenhaus v. Agapiou, et al.*, pursuant Federal Rule of Civil Procedure 42(a). Both lawsuits arise from the May 2025 arrest of Conrad Rockenhaus for supervised release violations. The two lawsuits name the same three defendants: U.S. Probation Officer Stylianos Agapiou, Supervisory U.S. Probation Officer Jeffry Konal, and Deputy Chief U.S. Probation Officer Dion

Thomas. Ms. Rockenhaus names a fourth defendant in her lawsuit. All defendants in both cases are sued in their official and individual capacities. Additionally, both lawsuits involve similar and, in some cases, identical claims. As such, the two cases involve common questions of both fact and law and are suitable for consolidation under Rule 42(a).

Accordingly,

IT IS HEREBY ORDERED that the stay entered on November 4, 2025, is lifted.

IT IS FURTHER ORDERED that Case No. 2:25-cv-12716 *Conrad Rockenhaus v. Agapiou, et al.* and Case No. 2:25-cv-12736 *Adrienne Rockenhaus v. Agapiou, et al.*, are consolidated.

IT IS FURTHER ORDERED that Plaintiffs Conrad Rockenhaus and Adrienne Rockenhaus shall file a single consolidated complaint within 14 days of the date of this order. The consolidated complaint shall clearly delineate: (1) each claim they are making; (2) which Defendant(s) each claim is brought against; (3) which Plaintiff is asserting each claim; (4) the constitutional amendment on which each claim is based; and (5) the factual basis for each claim. See generally Fed. R. Civ. P. 8(a).

FINALLY, IT IS ORDERED that Defendants' responsive pleading is due within 60 days after service of the consolidated complaint.

IT IS SO ORDERED.

Dated: January 8, 2026    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge