UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIENNE ROCKENHAUS,

     Plaintiff,

v.                                           Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,           Case No. 2:25-cv-12736

     Defendants.

### ORDER TO SHOW CAUSE

The court records reveal that Plaintiff served a summons and complaint on Defendant Stylianos Agapiou on September 12, 2025 (ECF No. 13), Defendants Jeffry W. Konal and Dion Thomas on September 10, 2025 (ECF Nos. 9, 10), and the United States Attorney's Office on September 11, 2025 (ECF No. 12), and defendants failed to file a response within the time allowed in the court rules. The court records further indicate that Plaintiff failed to enter a default against Defendants Stylianos Agapiou, Jeffry W. Konal, and Dion Thomas.  Therefore:

**IT IS HEREBY ORDERED** that, absent a responsive pleading on behalf of Defendants Stylianos Agapiou, Jeffry W. Konal and Dion Thomas, Plaintiff shall, not later than March 25, 2026, move for an entry of default against Defendants Stylianos Agapiou, Jeffry W. Konal, and Dion Thomas or show cause in writing why the Court should not dismiss the case for lack of prosecution pursuant to E.D. Mich. Local Rule 41.2.

Date:  March 11, 2026                      /s/ Sally J. Berens
                                             SALLY J. BERENS
                                             U.S. Magistrate Judge