UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIENNE ROCKENHAUS,

      Plaintiff,

v.

STYLIANOS AGAPIOU, United
States Probation Officer; JEFFRY
KONAL, Supervising United States
Probation Officer; DION THOMAS,
Deputy Chief United States Probation
Officer, JOHN DOE,

      Defendants.

Civil No. 25-12736

Honorable Jane M. Beckering
Magistrate Judge Sally J. Berens

---

## MOTION TO SET RESPONSIVE PLEADING DEADLINE

---

On January 8, 2026, the Court consolidated this case with Case No. 25-12716, brought by Plaintiff's husband, Conrad Rockenhaus. ECF No. 17. The Court also ordered the Rockenhauses to file one consolidated complaint by January 22, 2026, and ordered Defendants to file their responsive pleading within 60 days of service of the consolidated complaint. *Id.* Plaintiffs never filed a consolidated complaint.

On March 6, 2026, the Court severed (i.e., unconsolidated) the two cases at the request of Plaintiff Conrad Rockenhaus, thereby "returning these consolidated cases to their separate statuses." ECF No. 27. However, the Court did not set a new responsive pleading deadline for Defendants.

The U.S. Attorney's Office now asks the Court to set a responsive pleading deadline by which Defendants must respond to the complaint in light of the fact that the Rockenhauses are no longer required to file a consolidated complaint and the severing of the two cases. The U.S. Attorney's Office asks the Court to set the deadline for 30 days from today's date.

Respectfully submitted,

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

/s/ Benjamin A. Anchill
BENJAMIN A. ANCHILL (P70968)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9566
Dated: March 11, 2026                              benjamin.anchill@usdoj.gov

2

## <u>Certification of Service</u>

I certify that on March 11, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

In addition, I certify that Sara Verdun, Legal Assistant assigned to the Civil Defensive Litigation Unit of the United States Attorney's Office, sent the foregoing via U.S. mail on March 11, 2026, to the following:

Adrienne Rockenhaus
15900 W 10 Mile Rd Ste 211 Pmb 1046
Southfield, MI 48075

> */s/ Benjamin A. Anchill*
> BENJAMIN A. ANCHILL

3