UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ADRIENNE ROCKENHAUS,

     Plaintiff,

v.                                                                          Hon. Jane M. Beckering

STYLIANOS AGAPIOU, et al.,                                  Case No. 2:25-cv-12736

     Defendants.


**ORDER**

The Court has before it Defendants' Motion to Set Responsive Pleading Deadline (ECF No. 26), apparently in response to the Court's March 11, 2026 Order to Show Cause issued to Plaintiff. (ECF No. 25.) In light of the unusual procedural history of this matter set forth in the motion, the motion is **granted**. Defendants' response to Plaintiff's complaint is due April 9, 2026. The Order to Show Cause (ECF No. 25) is **VACATED**.

     IT IS SO ORDERED.


Date:  March 12, 2026                                   /s/ Sally J. Berens
                                                                   SALLY J. BERENS
                                                                   U.S. Magistrate Judge