**Change of Address**

New Address for Adrienne Rockenhaus
(2:25-cv-12716)

ADRIENNE ROCKENHAUS,
15900 W 10 Mile Rd Suite 211 PMB 1046
Southfield, MI 48075

Respectfully Submitted,

*A. Rockenh*

 Mar 11, 2026

Adrienne Rockenhaus