UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIENNE ROCKENHAUS,

     Plaintiff,

                                            Hon. Jane M. Beckering

v.

                                            Case No. 2:25-cv-12736

STYLIANOS AGAPIOU, et al.,

     Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff Adrienne Rockenhaus's Notice of State-Created Danger, Issuance of Ex Parte PPO, and Request for Time to Get Safe. (ECF No. 29.) Although not brought as a motion, Plaintiff requests time to "get safe" from her estranged husband and former co-Plaintiff, Conrad Rockenhaus.

As the Court interprets Plaintiff's request, she seeks a stay of this proceeding for an unspecified period of time. Given the delays that have occurred thus far in this case, the Court is not inclined to grant an open-ended stay. It is worth noting that, because Conrad Rockenhaus is no longer a party to this case and may not file pleadings in the case, Plaintiff will not have to read or respond to his filings. To the extent Plaintiff believes that she is unable to litigate at this time, she retains the option to dismiss, or seek dismissal of, the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Therefore, Plaintiff's request is **denied**.

     **IT IS SO ORDERED**.


DATE: April 1, 2026                        /s/ Sally J. Berens
                                            SALLY J. BERENS
                                            U.S. Magistrate Judge