UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ADRIENNE ROCKENHAUS,

Plaintiff,

v.

STYLIANOS AGAPIOU, et al.,

Defendants.
_____________________________/

Case No. 2:25-cv-12736

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. Defendants filed a Motion to Dismiss (ECF No. 31). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 33) on July 20, 2026, recommending that the motion be granted and that the Court dismiss this action with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 31) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: August 10, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge